Daniel J. Wadley (Utah #10358) admitted *pro hac vice*
wadleyd@sec.gov
Amy J. Oliver (Utah Bar #8785) admitted *pro hac vice*
olivera@sec.gov
James J. Thibodeau (Utah #15473) admitted *pro hac vice*
thibodeauj@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANCE COMISSION,<br><br>                    Plaintiff,<br><br>            v.<br><br>ZACHARY BROOKE ROBERTS, an Individual,<br><br>                    Defendant. | Case No. 2:16-CV-1664 |

**STIPULATED MOTION TO STAY PROCEEDINGS**

Plaintiff Securities and Exchange Commission ("Commission"), and Defendant Zachary Brooke Roberts ("Roberts"), through their respective counsel, hereby stipulate and agree:

1

On March 18, 2016, the United States filed a criminal case in the U.S. District Court for the District of Montana entitled *United States of America v. Encore Services, LLC, and Zachary Brooke Roberts*, Case No. CR 16-19-GF-BMM ("criminal action"). The conduct alleged in *U.S. v. Encore* is substantially similar to the conduct alleged by the Commission in the instant action. Roberts has proposed, and the Commission has agreed, subject to the Court's approval, to a stay of this action until the conclusion of the criminal action.

Based upon the foregoing, IT IS HEREBY STIPULATED AND AGREED that, subject to this Court's approval, the above-captioned action shall be stayed until the resolution of the criminal action against Roberts following the entry of this order. Notice shall be given to the Court upon resolution of criminal proceedings. The Defendant shall have 60 days from the conclusion of the criminal action to file an answer.

DATED: August 18, 2016

                                                  Respectfully Submitted,

/s/ Daniel J. Wadley                        /s/ Rachel Hirsch
Daniel J. Wadley                           Attorney for Defendant
Amy J. Oliver                               Ifrah Law
James J. Thibodeau
Attorneys for Plaintiff
U.S. Securities and Exchange Commission

Daniel J. Wadley (Utah #10358) admitted *pro hac vice*
wadleyd@sec.gov
Amy J. Oliver (Utah Bar #8785) admitted *pro hac vice*
olivera@sec.gov
James J. Thibodeau (Utah #15473) admitted *pro hac vice*
thibodeauj@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Salt Lake Regional Office
351 South West Temple
Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
Fax: (801) 524-3558

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANCE COMISSION,<br><br>       Plaintiff,<br><br>      v.<br><br>ZACHARY BROOKE ROBERTS, an Individual,<br><br>       Defendant. | Case No. 2:16-CV-1664 |

### **PROPOSED ORDER TO STAY PROCEEDINGS**

Based on the foregoing stipulation of the parties, and for good cause shown, the Court hereby orders that these proceedings, and any deadlines herein, shall be stayed and continued until the conclusion of the criminal action against Zachary Brooke Roberts in the U.S. District Court for the District of Montana, Case No. CR 16-19-GF-BMM. Notice shall be given to the

1

Court upon resolution of criminal proceedings. The Defendant shall have 60 days from the conclusion of the criminal action to file an answer.

**IT IS SO ORDERED.**

                                                   Peggy A. Leen
                                                   UNITED STATES MAGISTRATE JUDGE

                                                   DATED:  September 1, 2016