# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION, | Case No. 2:16-cv-01664-APG-PAL |
| Plaintiff, | **ORDER FOR STATUS REPORT** |
| v. | |
| ZACHARY BROOKE ROBERTS, | |
| Defendant. | |

This case has been stayed pending resolution of the criminal proceedings against defendant Zachary Brooke Roberts. ECF No. 6. There has not been an update in this case for over a year.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before January 31, 2018.

DATED this 9th day of January, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE