# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>   v.<br><br>ZACHARY BROOKE ROBERTS,<br><br>            Defendant. | Case No. 2:16-cv-01664-APG-PAL<br><br>**ORDER** |

      In light of the parties' status report (ECF No. 10),

      IT IS ORDERED that this case shall remain STAYED. The parties shall file another status report on or before July 6, 2018.

      DATED this 2nd day of February, 2018.

                                                        ANDREW P. GORDON<br>                                                        UNITED STATES DISTRICT JUDGE