Daniel J. Wadley (Utah Bar #10358) admitted *pro hac vice*
wadley@sec.gov
Amy J. Oliver (Utah Bar #8785) admitted *pro hac vice*
olivera@sec.gov
James J. Thibodeau (Utah Bar #15473) admitted *pro hac vice*
thibodeauj@sec.gov
Pat Huddleston II (Georgia Bar #373984) admitted *pro hac vice*
huddlestonp@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
950 East Paces Ferry Rd., N.E., Suite 900
Atlanta, GA 30326
Tel: (404) 842-7616
Fax: (404) 842-7679

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>ZACHARY BROOKE ROBERTS, an Individual,<br><br>      Defendant. | Case No. 2:16-cv-1664 -APG-BNW<br><br>JOINT MOTION TO APPROVE BRIEFING SCHEDULE |

   The Parties have entered into a stipulated consent judgment ("Consent") (Dkt. No. 29), and the Court has entered judgment thereon (Dkt. No. 30) enjoining defendant from violation of certain provisions of the federal securities laws and barring him from serving as an officer or director of a public company. The Consent provides that upon motion of the Commission, the Court shall determine whether it is appropriate to order disgorgement of ill-gotten gains and, if so, the amount(s) of the disgorgement. The parties have conferred and ask that the Court enter

1

an order setting the following briefing schedule concerning the disgorgement issue, whether appropriate, and if so, the amount, and both Parties further request a hearing on the issue.

| | |
|---|---|
| SEC Brief | October 25, 2019 |
| Defendant's Response | November 22, 2019 |
| SEC Reply Brief | December 6, 2019 |

The proposed schedule will allow time for counsel to confer and review the evidence on the issue of disgorgement with a view toward narrowing any disagreement in advance of the filings.

Respectfully submitted,

August 21, 2019

*Pat Huddleston II*
PAT HUDDLESTON II
Attorney for Plaintiff
Securities and Exchange Commission

August 21, 2019

*/s/Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ. (NBN 8675)
CAMI M. PERKINS, ESQ. (NBN 9149)
SEAN E. STORY, ESQ. (NBN 13968)
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101
Attorneys for Defendant
Zachary Brooke Roberts

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 21, 2019.