# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISION, | Case No.: 2:16-cv-01664-APG-BNW |
|     Plaintiff | **Order for Status Report** |
| v. | |
| ZACHARY BROOKE ROBERTS, | |
|     Defendant | |

In light of the recent Supreme Court decision in *Liu v. Securities & Exchange Commission*, 140 S. Ct. 1936 (2020), and given the passage of time since the Securities & Exchange Commission filed its motion for disgorgement and prejudgment interest, I direct the parties to confer and to file a status report regarding what issues remain for resolution and how the parties propose to resolve them. If the parties do not agree on any point, the status report shall set forth their respective positions and briefly explain why their position is the correct one.

I THEREFORE ORDER that **by August 7, 2020**, the parties shall file the status report described above.

DATED this 10th day of July, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE