# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>    Plaintiff<br><br>v.<br><br>ZACHARY BROOKE ROBERTS,<br><br>    Defendant | Case No.: 2:16-cv-01664-APG-BNW<br><br>**Order (1) Denying as Moot Motion for Disgorgement and Prejudgment Interest and (2) Directing Entry of Final Judgment**<br><br>[ECF No. 33] |

In light of the parties' status report (ECF No. 39),

I ORDER that plaintiff Securities & Exchange Commission's motion for disgorgement and prejudgment interest **(ECF No. 33) is DENIED as moot**.

I FURTHER ORDER the clerk of court to enter final judgment consistent with the consent judgment (ECF No. 30).

DATED this 4th day of August, 2020.

                                                                              ANDREW P. GORDON
                                                                              UNITED STATES DISTRICT JUDGE